Alabama Department of Corrections

# DISCIPLINARY REPORT

403A (5-7)

Incident Report Number: HCF-16-01228

1. Inmate: HILL, PHILLIP DEWAYNE    Custody: MEDIUM    AIS: 00240562C

2. Institution: HOLMAN PRISON    Disc #: HCF-16-01228-82

3. The above inmate is being charged by: Pacheco, Alfie

   with a violation of the following Rule(s):

   925 - Failure to obey a direct order of an ADOC Employee

   From Administrative Regulation #403, which occured on or about:

   Nov 9 2016 6:35AM at B-Dormitory

   **DEFENDANT'S EXHIBIT Q**

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   On November 9, 2016, at approximately 6:35 a.m., you, inmate Phillip Hill W/240562, was given several orders by the North Central, South Central, and Southern CERT teams, to report to his assigned bed, lie down on his stomach, and place his hands behind his back. Inmate Hill failed to comply with the orders given.

   | 11/09/2016 | Pacheco, Alfie / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 10th day of June, 2017, at (time) 11:55:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | MOODY, ISSAC L | Inmate Refused to Sign |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. Witnesses desired?    NO: Inmate Refused to Sign      YES: _____
                                     Inmate's Signature                     Inmate's Signature

7. If yes, list: N/A

Alabama Department of Corrections

# DISCIPLINARY REPORT
## 403A Final

Incident Report Number:   HCF-16-01228

1. **Inmate:** HILL, PHILLIP DEWAYNE        **Custody:** MEDIUM        **AIS:** 00240562C

2. **Institution:** HOLMAN PRISON                                      **Disc #:** HCF-16-01228-82

3. **The above inmate is being charged by:**   Pacheco, Alfie

   **with a violation of the following Rule(s):**
   925 - Failure to obey a direct order of an ADOC Employee

   **From Administrative Regulation #403, which occured on or about:**
   Nov  9 2016  6:35AM at B-Dormitory

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**
   On November 9, 2016, at approximately 6:35 a.m., you, inmate Phillip Hill W/240562, was given several orders by the North Central, South Central, and Southern CERT teams, to report to his assigned bed, lie down on his stomach, and place his hands behind his back. Inmate Hill failed to comply with the orders given.

   | 11/09/2016 | Pacheco, Alfie / Lieutenant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 10th day of June, 2017, at (time) 11:55:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | MOODY, ISSAC L | Inmate Refused to Sign |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**   **NO:** Inmate Refused to Sign         **YES:** _____
                                  Inmate's Signature                    Inmate's Signature

7. **If yes, list:**   N/A

8. **Hearing Date:** June 16, 2017    **Time:** 13:30:00    **Place:** Population Shift Office

9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.

10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    KIDD, ASHLEY L
    Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

    KIDD, ASHLEY L
    Hearing Officer Name / Title

12. **Plea:**   HILL, PHILLIP DEWAYNE / 00240562C        **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**
    Inmate Hill failed to comply with several direct orders given by the CERT Team.

14. **Inmate's testimony:**
    Procedural error.

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

DISC006

Alabama Department of Corrections

## DISCIPLINARY REPORT CONTINUATION HCF-16-01228-82

403A Final

KIDD, ASHLEY L
Hearing Officer Name / Title

**16. The following witnesses were not called:**
N/A

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**
The hearing Officer finds that:
This disciplinary was not held within 10 working days from the date of the incident.

**18. Basis for finding of fact:**
The hearing officer finds inmate Hill not guilty.

**19. Hearing Officer's decision:** [ ] Guilty   [X] Not Guilty   [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at ____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for ____ days

[ ] Loss of Canteen privileges for ____ days

[ ] Loss of Telephone privileges for ____ days

[ ] Loss of Visiting privileges for ____ days

[ ] Removal from Hobby Craft

[ ] Loss of Good Time ____ Yrs ____ Mos ____ Dys

[ ] Disciplinary Seg for ____ days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for ____ days

[ ] Loss of Passes for ____ days

[ ] Return to Inmate Staff for ____ days

KIDD, ASHLEY L
Hearing Officer Name / Title

**21. Warden's Action - Date:** 06/22/2017

**Approved** Cynthiad Stewart

**Disapproved**

**Other (specify)**

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the ___th day of June, 2017 at 07:00:00.

**23. GRAY, CURTIS M**   See Signed 403A Warden Decision Report

Run Date: 6/29/2017 10:40:49 AM   Page 2 of 3

Alabama Department of Corrections

## DISCIPLINARY REPORT CONTINUATION HCF-16-01228-82

403A Final

Serving Officer Name / Title                    Inmate's Signature / AIS Number

**Procedural Requirements:**

| | |
|---|---|
| 1. The inmate was positively identified as the inmate that has the rule violation? | Yes |
| 2. The inmate was given written notice of charges at least 24 hours prior to the hearing? | Yes |
| 3. The inmate was able to attend the hearing? | Yes |
| 4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses? | Yes |
| 5. The inmate was allowed to prepare questions for the witnesses? | Yes |
| 6. The hearing is being held within ten (10) working days from the date the inmate was served? | Yes |
| 7. The inmate was provided ADOC assistance, if it was requested or warranted? | Yes |
| 8. Did the Arresting Officer use a confidential source? | No |

  1. Has the source been used before?
  2. How many times has the source been used before?
  3. Was the information provided in the past truthful?
  4. Has other information been received to corroborate sources' given information?
  5. Has the information uncovered during the investigation given the source a reason to lie?
  6. Is the information from the confidential source reliable?

**Procedural Requirements Completed By:**   KIDD, ASHLEY L

Distribution:   Original to Central Records Division
    Copy to:   I & I (If Federal or State law violated)
        Inmate Institutional File
        Board of Pardons and Parole
        Sentencing Judge (if applicable)

HILL, PHILLIP DEWAYNE                    **Custody:** MEDIUM                    AIS: 002405

HOLMAN PRISON                                                                    Disc #: HCF-1(

inr ̇ ̇ is being charged by:            Pacheco, Alfie

lation of the following Rule(s):

ire to obey a direct order of an ADOC Employee

ninistrative Regulation #403, which occured on or about:

9 2016  6:35AM at B-Dormitory

on this charge will be held after 24 hours from being served.

nces of the violation(s) are as follows:

iber 9, 2016, at approximately 6:35 a.m., you, inmate Phillip Hill W/240562, was given several orders by the North (
itral, and Southern CERT teams, to report to his assigned bed, lie down on his stomach, and place his hands behin
I failed to comply with the orders given.

6                                         Pacheco, Alfie / Lieutenant
                                          Arresting Officer Name / Title

rtify that on this __10__ day of __JUNE__, 20 __17__, at (time) __11:55__ (am / pm), I have ̇
' of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present ̇
ient at the hearing and to present written questions for the witnesses.

_Moody CO_                                _REFUSED To Sign FN_
ic ̇ame / Title                           Inmate's Signature / AIS Number

desired?        NO: _REFUSED To Sign FN_                    YES: _____
                    Inmate's Signature                          Inmate's Signature

| AIS: | NAME: |
|------|-------|
| AIS: | NAME: |
| AIS: | NAME: |

HILL, PHILLIP DEWAYNE  **Custody:** MEDIUM  AIS: 0024056

n: HOLMAN PRISON  Disc #: HCF-16

e ir nte is being charged by: Pacheco, Alfie

violation of the following Rule(s):

ailure to obey a direct order of an ADOC Employee

dministrative Regulation #403, which occured on or about:

v 9 2016  6:35AM at B-Dormitory

ng on this charge will be held after 24 hours from being served.

tances of the violation(s) are as follows:

ember 9, 2016, at approximately 6:35 a.m., you, inmate Phillip Hill W/240562, was given several orders by the North C
entral, and Southern CERT teams, to report to his assigned bed, lie down on his stomach, and place his hands behind
Hill failed to comply with the orders given.

016                                        Pacheco, Alfie / Lieutenant
                                           Arresting Officer Name / Title

certify that on this 10th day of June, 2017, at (time) 11:55:00, I have personally served a copy of the foregoing
d inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing an
stions for the witnesses.

, ISSAC L                                  Inmate Refused to Sign
    Name / Title                           Inmate's Signature / AIS Number

es desired?    **NO:** Inmate Refused to Sign            **YES:** _____
                   Inmate's Signature                         Inmate's Signature

t:  N/A

**Date:** June 16, 2017    **Time:** 13:30:00    **Place:** Population Shift Office

ust be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
esting Official, Inmate, and all Witnesses were sworn to tell the truth.

                          KIDD, ASHLEY L
                          Hearing Officer Name / Title

g is made that the inmate is capable of representing himself / herself.

                          KIDD, ASHLEY L
                          Hearing Officer Name / Title

HILL, PHILLIP DEWAYNE / 00240562C                    **Not Guilty**

fficial's testimony (at the hearing):
ailed to comply with several direct orders given by the CERT Team.

s testimony:

error.

aring all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):

aring Officer finds that:

cip___y was not held within 10 working days from the date of the incident.

ir finding of fact:

aring officer finds inmate Hill not guilty.

**Officer's decision:**   [ ] Guilty   [X] Not Guilty   [ ] Recommend for reinitia

**Officer's recommendation of sanction(s) to be taken against this inmate:**

ling / Warning

uty for ____ days at _____ hours per day under supervision _____ Shift

Outside privileges for _____ days

Canteen privileges for ___ days

Telephone privileges for ___ days

Visiting privileges for _____ days

al from Hobby Craft

f Good Time _____ Yrs _____ Mos _____ Dys

ia___ eg for _____ days

mend Custody Review

mend Job Change

al Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to ___ (min $25) for ___ days

[ ] Restriction / State Whites for _____ days

[ ] Loss of Passes for _____ days

[ ] Return to Inmate Staff for _____ days

KIDD, ASHLEY L
Hearing Officer Name / Title

s Action - Date:   06/22/2017

ed   Cynthiad Stewart

roved

specify)

tify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on
 June_____, 20 17 at (time) 7:00 (am/pm).

Board of Pardons and Parole
Sentencing Judge (if applicable)