

# Alabama Department of Corrections
## Inmate Body Chart Documentation Form



Institution: **Holman**  Date: **11-9-16**  Time: **0905**

Individual Requesting Body Chart (print name): _____, Title: _____

Inmate statement: 98.8  144/106  98  P 109
"abras no coment"

**DEFENDANT'S EXHIBIT T**

(body diagrams with annotations: abrasion to right shoulder, 0.5 lat and 1 cm/a marked on left side of face)

**Description of markings:**
abrasion to right shoulder  Rt shoulder abrasion
left eye 0.5cm underside
Left ear 1cm lat to lobe - steri sp stripped
neck + back abrasions

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **S Johnson LPN**   Date: **11-9-16**  Time: **0910**

Inmate Name: **Hill Phillip**   AIS #: **240562**  DOB: **86**

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.