

## Alabama Department of Corrections
### Inmate Body Chart Documentation Form

Institution: **Holman**  Date: **11-9-16**  Time: **0905**

Individual Requesting Body Chart (print name): _____  Title: _____

Inmate statement: **98.8   144/106   98   P 109**
"**abras  No Coment**"

DEFENDANT'S EXHIBIT **4**

(body diagrams with annotations: "abrasion" to right shoulder area; face with "0.5 lat" and "1 cm la")

**Description of markings:**

abrasion to right shoulder  Rt shoulder abrasion
left eye 0.5cm underside
Left ear 1cm lat to lobe – steri sp stripped
neck + back abrasions

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): **S Johnsen LPN**   Date: **11-9-16**  Time: **0910**

Inmate Name: **Hill Phillip**   AIS #: **240562**   DOB: **-86**

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

 

# Alabama Department of Corrections
## Sick Call Request

**Reason for Sick Call Request:** Was assaulted by members of ADOC CERT team. Ear drum is busted. No hearing out of left ear and it continues to lead blood. Rib's are sore and was told by medical personnel that at least 2 are broken.

Name (print): Phillip Hill  AIS # 240562  Date of Birth: /86
Institution: Holman  Housing Area: B dorm  Date: 11/10/16

Sick Call Form Collected by Health Staff: CG (initials) Title: RN Date: 11-34-16 Time: 1235

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter Not Required
  (1) ____ Referring to Chronic Care Manager
  (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required
  (1) ✓ Bring to HCU at this time for further evaluation
  (2) ____ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: [signature] RN  Date: 11-34-16

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter
  **Co-Pay Fee Incurred:**
  ____ $4.00 - Nurse
  ____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge
  ____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled
  (a) ____ Medical Provider
  (b) ____ Dental Clinic
  (c) ____ Mental Health Services
  (d) ____ Other: _____

Phillip Hill  240562
Inmate Name  AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

© 2014 Corizon Health, Inc.



**RELEASE OF RESPONSIBILITY**

Name of Inmate: _Hill, Phillip_

Date/Time: _11-17-16 / 1000_

Inmate ID Number / Date of Birth: _240562_

I hereby refuse to accept the following treatment/recommendations:

_Sick call_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

Inmate Signature

Date/Time: _11-17-16 / 1000_

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness: _[signature]_

Witness: _[signature]_

Date/Time

CP7120AL
Issued 2/21/09

Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



**RELEASE OF RESPONSIBILITY**

Hill, Phillip                                12-1-16   0717
Name of Inmate                               Date/Time

240562                    -86
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
CCC HepC appt c MD

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

x [signature] 240562            x 12-1-16  7:17 AM
Inmate Signature                Date/Time

[signature]
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CP7120AL                Revised 11/2015           © 2015 Corizon Health, Inc.
Issued 2/21/09                                    ADOC 010-127-004 –reviewed 012109



# CORIZON HEALTH

## RELEASE OF RESPONSIBILITY

**Hill, Phillip**
Name of Inmate

**12-29-16  1345**
Date/Time

**240562    86**
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
**Labs  CBC/CMP**

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

*[signature]*
Inmate Signature

**12-29-16  1345**
Date/Time

*[signature] Weaver*
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CP7120AL
Issued 2/21/09

Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109