# Exhibit A

AFFIDAVIT

STATE OF ALABAMA          )
                          )
Escambia COUNTY           )

I, Kimberley Bright , hereby certify and affirm that I am a Medical Records Clerk, at Fountain Correctional Fac. ; that I am one of the custodians of the medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one Phillip Hill , AIS # 240502 ; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Fountain Correctional Facility; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the 21 day of September. 20 17.

Kimberley Bright.
Signature

Subscribed before me this the 21st day of September , 20 17

Melanie Nelson
NOTARY PUBLIC
My commission expires 7-1-2020

Melanie Y. Nelson
Notary Public
State of Alabama
My Commission Expires 7/01/2020

CORIZON – REVISED JANUARY 2014

COR001

**CORIZON**
HEALTH™

**RELEASE OF RESPONSIBILITY**

_Hill, Phillip_

Name of Inmate

_11-17-16 / 1000_

Date/Time

_240562 |_

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_Sick. call_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

Inmate Signature

_11-17-16 / 1000_

Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

CP7120AL
Issued 2/21/09

Revised  11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109

COR002

**CORIZON** HEALTH®

**RELEASE OF RESPONSIBILITY**

Hill, Phillip

Name of Inmate

12-1-16  0717

Date/Time

240562 ███████████

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

CCC Hep C appt c MD

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

240562

x _____

Inmate Signature

x 12·1·16  7:17 AM

Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

CP7120AL
Issued 2/21/09

Revised  11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109

COR003

**CORIZON** HEALTH™

**RELEASE OF RESPONSIBILITY**

Hill, Phillip                          12-29-16   1345

Name of Inmate                         Date/Time

240 562 ████████

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Labs   CBC/CmP

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing.  I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

Phil Hill                             12-29-16   1345

Inmate Signature                      Date/Time

O.Weaver

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

CP7120AL
Issued 2/21/09                Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109

COR004

I have received the *Access to Healthcare* information. I understand how to access health care and I understand the grievance process.

Phillip Hill
Patient name

240562
AIS number

7.26.16
Date

CMS staff

7-26-16
Date

**Alabama Department of Corrections**
**Health Services - Inmate Admission and Orientation Handbook**



I, ___Phillip Hill_____, with AIS # _240562_
        (Print name)

have been provided a copy of the ADOC **Health Services Handbook for Inmates**

on this date: ___7-26-16___ at this ___Holman_____ ADOC institution.

_Phull Hill_____
Inmate Signature

**Return this page to Health Services**

File:  *This Signed Acknowledgement Page in the ADOC – Inmate Health Record*

I have read the access to care information sheets and have been given a copy. I understand how to access health care.

Inmate Name (print) _Phillip Hill_____ AIS# _240562_

Inmate Signature _Phillip Hill_____ Date _07·20·16_

I have received written information regarding personal hygiene, hand washing, healthy diet, sexually transmitted diseases & self testicular exams.

Inmate Name (print) _____ AIS# _____

Inmate Signature _____ Date _____

Medical Staff Name (print) _N. Brown_____

Medical Staff Signature _N Brown LPN_____

Date _7·20·16_____

—————————————— 4/13/2012 ——————————————

COR007

I have read the access to care information sheets and have been given a copy. I understand how to access health care.

Inmate Name (print) _Phillip Hill_____   AIS# _240562_

Inmate Signature _Phillip Hill_____   Date _7/6/16_

I have received written information regarding personal hygiene, hand washing, healthy diet, sexually transmitted diseases & self- testicular exams.

Inmate Name (print) _Phillip Hill_____   AIS# _240562_

Inmate Signature _Phillip Hill_____   Date _7/6/16_

Medical Staff Name (print) _L. Thomas_____

Medical Staff Signature _L. Thomas_____

Date _7/6/16_

October 2013

COR008

**Alabama Department of Corrections**
**Intra-System Transfer / Receiving Screening**

Sending Institution: _Holman_

Date: _29 June 17_   Time: _____

Known Allergies: _NKDA_

Date of Last Periodic Health Screening: _____

PPD / TB Screening Results: _Ø_   Date: _7 July 16_

Current MH Code: _Ø_   Current HC Code: _1_

Current Rx: _N/A_

Current Treatments: _N/A_

Chronic Care Clinic Enrollment(s): _Liver Dz._

Next CCC visit is due: _19 July 17_

Current Mental Health Needs: _Ø_

Next Mental Health follow-up is due: _N/A_

Current Diet Ordered: _Reg_

Special Housing Required: _N/A_

Physical Accommodations Required: _N/A_

Prescription Rx Sent: _✓_ n/a ___ Yes ___ No

Number of Cards: _Ø_
(Note if written prescription/s sent)

Other Rx sent: _N/A_
(Do not send actual narcotics – prescription only)

Health Record(s) Sent: _✓_ Yes (ADOC Intra-System only)

Number of Volumes: _2_

_____ No (non-ADOC system)

_APumm, LPN_          _29 June 17_
Nurse Signature / Title          Date

---

Receiving Institution: _FCC_

Date: _6/30/17_   Time: _0005_

All Health Record(s) Received: _✓_ Yes ___ No (call for if not)

Temp: _98.4_   B/P: _120/80_   Pulse: _89_   Resp: _18_

O2 Saturation: _98_ %   Weight: _195_ lbs.

S – _"good."_

O – _A+ 0 x 3, resp_

A – _New intake_

Number of Rx Cards Received: _____ or _✓_ n/a

Other Rx Received: _____

_____ or _✓_ n/a

Medications sent to Pharmacy or are KOP: _✓_ n/a ___ Yes

If KOP: _____
              Received by / Inmate Signature

Access to Care at this institution discussed and written
instruction provided: _✓_ Yes

_X_ _____
              Acknowledged by / Inmate Signature

Plan:
Treatment Sheet to Clinic Nurse:          _✓_ n/a ___ Yes
Chronic Care Referral to CCC Nurse:      ___ n/a _✓_ Yes
Mental Health Referral Processed:         ___ n/a _✓_ Yes
Medical Referral Processed:                  _✓_ n/a ___ Yes
Dental Referral Processed:                    _✓_ n/a ___ Yes
Special Diet order sent to kitchen:         _✓_ n/a ___ Yes
On-Site Provider Referral Processed: _✓_ not indicated or;
_____ Yes / Medical; date scheduled: _____
_____ Yes / Dental; date scheduled: _____
_____ Yes / Mental Health; date scheduled: _____
Pending off-site consults scheduled:
_✓_ n/a _____ Yes (by Admin. Assist.)
On-site Provider notified and is scheduled to see this
inmate (every 30 days from the date the consult was
originally ordered – until the pending appointment is met)
on: _____ (scheduled date).
Nurse Sick-Call required: _✓_ PRN
_____ Yes / date scheduled: _____
Special housing accommodation required: _✓_ No ___ Yes
If yes, ADOC notified in writing: ___ Yes

_S Hataon LPN_          _6/30/17_
Nurse Signature / Title          Date

---

Inmate Name _Hill, Phillip_          AIS# _240562_   D.O.B. _____

CP70009-AL Transfer & Receiving Screening Form, re-issue 6/5/2014   (White – Medical Jacket; Yellow – Transfer Coordination)

ADOC – Office of Health Services; Form E-3-a (attach and use Nurse Progress Note if additional space is needed).
File form E-3-a (and any attachments) in the ADOC Inmate Health Record under the Nurses Progress Notes chart tab.

 

## Alabama Department of Corrections
### Sick Call Request

**Reason for Sick Call Request:** Was assaulted by members of ADOC CERT team. Ear drum is busted. No hearing out of left ear and it continues to leak blood. Ribs are sore and was told by medical personnel that at least 2 are broken.

Name (print): Phillip Hill          AIS # 240562          Date of Birth ▉▉▉▉

Institution: Holman          Housing Area: B Dorm          Date: 11/10/16

Sick Call Form Collected by Health Staff: CB (initials) Title: RN  Date: 1-13-16 Time: 1235

**Request Triaged (check as appropriate):**

A. ____ Sick Call Nurse Encounter Not Required

(1) ____ Referring to Chronic Care Manager

(2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

(1) ✓ Bring to HCU at this time for further evaluation

(2) ____ Evaluate in next scheduled Nurse Sick Call Clinic

Signature/Title: _____ RN          Date: 1-13-16

**Sick Call Encounter (Nurse Evaluation Tool Completed):**

1 ____ Resolved by Nurse Encounter

**Co-Pay Fee Incurred:**

____ $4.00 - Nurse

____ $4.00 – OTC(s); If Restrictive Housing-no OTC charge

____ $4.00 – Scheduled but Refused Encounter

2 ____ Referral for follow up required; to be scheduled

(a) ____ Medical Provider

(b) ____ Dental Clinic

(c) ____ Mental Health Services

(d) ____ Other:_____

Phillip Hill
Inmate Name

240562
AIS#

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-Inmate post health review

© 2014 Corizon Health, Inc.

COR010



**C∅RIZON**
HEALTH™

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**



Institution: _Holman_          Date: _11-9-16_   Time: _0905_

Individual Requesting Body Chart (print name): _____   Title: _____

Inmate statement:    98.8   144/106   98   P 109

"_abras_  No Coment_                                              "

*(body diagrams with markings: "abrasion", "0.5 lot", "1 cm lat")*

Description of markings:

_abrasion to right shoulder   Rt shoulder abrasion_
_left eye 0.5cm underside_
_Left eAR 1cm lat to lobe - steri sp stripped._
_neck + back abrasions_

Check below:
____ *NET additionally completed and filed in the inmate health record.
____ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _Stahnsen CPN_          Date: _11-9-16_ Time: _0910_

Inmate Name: _Hill  Phillip_                    AIS #: _240562_  DOB: ██████

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

COR011

Alabama Department of Corrections
**Intra-System Transfer / Receiving Screening**        *Sending*
*Volume 1 and 1*

Sending Institution: ___Kilby___

Date: __72516__   Time: __1753__

Known Allergies: __NKDA__

Date of Last Periodic Health Screening: __7614__

PPD / TB Screening Results: __Omm__   Date: __7714__

Current MH Code: __O__   Current HC Code: __1__

Current Rx: __O__

Current Treatments: __O__

Chronic Care Clinic Enrollment(s): __hepC+__

Next CCC visit is due: __8/2/16__

Current Mental Health Needs: __O__

Next Mental Health follow-up is due: __pm__

Current Diet Ordered: __reg__

Special Housing Required: __O__

Physical Accommodations Required: __O__

Prescription Rx Sent: __✓ n/a___ Yes ___ No

Number of Cards: _____
(Note if written prescription/s sent)

Other Rx sent: _____
(Do not send actual narcotics – prescription only)

Health Record(s) Sent: __✓__ Yes (ADOC Intra-System only)

Number of Volumes: __1__

_____ No  (non-ADOC system)

Nurse Signature / Title _____   Date __72516__

---

Receiving Institution: ___Holman___

Date: __7-26-16__   Time: __1230__

All Health Record(s) Received: __✓Yes__ __No (call for if not)

Temp: __97.6__  B/P: __135/98__  Pulse __93__  Resp: __18__

O2 Saturation: __96%__  Weight: __194__ lbs.

S – "I have hepC"

O – _____

A – _____

Number of Rx Cards Received: _____ or __✓__ n/a

Other Rx Received: _____

_____ or __✓__ n/a

Medications sent to Pharmacy or are KOP: __✓n/a__ __Yes

If KOP: _____

Received by / Inmate Signature

Access to Care at this institution discussed and written
instruction provided: _____ Yes

[signature]
Acknowledged by / Inmate Signature

Plan:
| | n/a | Yes |
|---|---|---|
| Treatment Sheet to Clinic Nurse: | ✓ | |
| Chronic Care Referral to CCC Nurse: | | ✓ |
| Mental Health Referral Processed: | ✓ | |
| Medical Referral Processed: | ✓ | |
| Dental Referral Processed: | ✓ | |
| Special Diet order sent to kitchen: | ✓ | |

On-Site Provider Referral Processed: __✓__ not indicated or;
_____ Yes / Medical; date scheduled: _____
_____ Yes / Dental; date scheduled: _____
_____ Yes / Mental Health; date scheduled: _____
Pending off-site consults scheduled:
__✓__ n/a _____ Yes (by Admin. Assist.)
On-site Provider notified and is scheduled to see this
inmate (every 30 days from the date the consult was
originally ordered – until the pending appointment is met)
on: _____ (scheduled date).
Nurse Sick-Call required: __✓__ PRN
_____ Yes / date scheduled: _____
Special housing accommodation required: __✓ No__ __Yes
If yes, ADOC notified in writing: _____ Yes

[signature]   __7-26-16__
Nurse Signature / Title   Date

---

Inmate Name __Hill, Phillip__   AIS# __240562__ D.O.B. ▮▮▮▮

CP70009-AL Transfer & Receiving Screening Form, re-issue 6/5/2014   (White – Medical Jacket; Yellow – Transfer Coordination)
ADOC – Office of Health Services; Form E-3-a (attach and use Nurse Progress Note if additional space is needed).
File form E-3-a (and any attachments) in the ADOC Inmate Health Record under the Nurses Progress Notes chart tab.

COR012

**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
National Medical Services

# Chronic Disease Clinic
# Initial Baseline Medical Data

**Check all that apply and complete appropriate clinic HX:**

| | | |
|---|---|---|
| ☐ Pulmonary/Asthma/COPD | ☐ HTN/CV | ☐ TB |
| ☐ General Medical | ☐ Seizures | ☐ HIV |
| ☑ Liver Disease (HCV) | ☐ Diabetes | |
| ☐ Other: _____ | | |

## Personal Risk Factors:

| Y | N | |
|---|---|---|
| O | O | Smoking: pack year____ |
| O | O | High Blood Pressure |
| O | O | High Cholesterol |
| O | O | Sedentary lifestyle |
| O | O | Obesity |
| O | O | Diabetes |
| O | O | Alcohol____ |
| O | O | |
| O | O | Substance Abuse:____ |
| O | O | |
| O | O | Injection drug use |
| O | O | Multiple sexual partners |
| O | O | Unsterile tattooing/body piercing |

## Family History:

| Y | N | |
|---|---|---|
| O | O | Anemia |
| O | O | Asthma |
| O | O | Cancer: types____ |
| | | |
| O | O | Diabetes |
| O | O | Heart disease |
| O | O | High blood pressure |
| O | O | Kidney disease |
| O | O | Mental illness |
| O | O | Sickle cell |
| O | O | Tuberculosis |

## Surgeries/Hospitalizations:

**General Description/Chief Complaint: (Attach medication profile or list medications)**

_____

_____

_____

## Cardiovascular/Hypertension/Diabetes (Date of onset of symptoms:)

| Y | N | | Y | N | | Y | N | | Y | N | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Chest pain | ☐ | ☐ | Leg swelling | ☐ | ☐ | Dyslipidemia | ☐ | ☐ | Weight gain/loss |
| ☐ | ☐ | Shortness of breath | ☐ | ☐ | Claudication | ☐ | ☐ | Headache | ☐ | ☐ | Blurred vision |
| ☐ | ☐ | Palpitation | ☐ | ☐ | Heart attack/surgery | ☐ | ☐ | Syncope/dizziness | ☐ | ☐ | Foot problems |
| ☐ | ☐ | PVD | ☐ | ☐ | CVA/stroke | ☐ | ☐ | Hypoglycemic episodes | ☐ | ☐ | Nocturia |
| ☐ | ☐ | Orthopnea | ☐ | ☐ | Rheumatic fever | ☐ | ☐ | Kidney disease | ☐ | ☐ | Polyuria |

Details of boxes checked **Y** _____

Refused

Rescheduled

## Seizures (Date of onset of symptoms:) 9/13/16

| Y | N | | Y | N | |
|---|---|---|---|---|---|
| ☐ | ☐ | Aura | ☐ | ☐ | Gum disease: ____ |
| ☐ | ☐ | Postictal state | ☐ | ☐ | Date of last seizure |
| ☐ | ☐ | Number of seizures in past 3 mos. ____ | ☐ | ☐ | LOC |
| ☐ | ☐ | Type of seizures ____ | | | |
| ☐ | ☐ | Other neurological symptoms? (headache, incontinence, paralysis) | | | |

Details of boxes checked **Y** _____

_____

_____

| Inmate Name: Phillip | Number: 240562 | Institution: Holman | Date: 8/19/16 |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.

Page 1 of 4

COR013

## HIV/HCV Infection (Date of onset of symptoms:)

| Y | N | | Y | N | | Y | N | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Anorexia | ☐ | ☐ | Weight loss/gain | ☐ | ☐ | Abnormal Pap smear |
| ☐ | ☐ | Malaise | ☐ | ☐ | Peripheral neuropathy | ☐ | ☐ | Hx previous antiviral Tx |
| ☐ | ☐ | Oral lesions (herpes/thrush) | ☐ | ☐ | TB Infection/tuberculosis | | | (list drugs below) |
| ☐ | ☐ | Nausea/vomiting | ☐ | ☐ | Hx pneumonia | ☐ | ☐ | Jaundice |
| ☐ | ☐ | Constipation | ☐ | ☐ | Opportunistic infections | ☐ | ☐ | Joint pain |
| ☐ | ☐ | Diarrhea | ☐ | ☐ | AIDS diagnosis | ☐ | ☐ | Pruritis |
| ☐ | ☐ | Anorectal pain/lesions | ☐ | ☐ | Abdominal pain/swelling | | | |
| ☐ | ☐ | Stool changes | | | | | | |

Details of boxes checked Y _____

_____

## Asthma/Pulmonary/COPD/Tuberculosis (Date of onset of symptoms:)

| Y | N | | Y | N | |
|---|---|---|---|---|---|
| ☐ | ☐ | Wheezing | ☐ | ☐ | Asthma attacks per week ____ |
| ☐ | ☐ | Nighttime awaking symptoms ____ per week | ☐ | ☐ | Exposure to environmental risk (asbestos, |
| ☐ | ☐ | Hospitalized for asthma within the last year | | | chemical exposure, etc.) |
| ☐ | ☐ | Number of ER visits in past 3 months ____ | ☐ | ☐ | Hemoptysis |
| ☐ | ☐ | History of intubations | ☐ | ☐ | Fever |
| ☐ | ☐ | Short acting inhalers use ____ times per week | ☐ | ☐ | Liver disease |
| ☐ | ☐ | Prior systemic steroids | ☐ | ☐ | Night sweats |
| ☐ | ☐ | Activity intolerance | ☐ | ☐ | Weight loss |
| ☐ | ☐ | GERD | ☐ | ☐ | Persistent cough (> 3 weeks) |
| ☐ | ☐ | Allergies | ☐ | ☐ | Prior TB history |

Details of boxes checked Y _____

_____

## Physical Exam
### Vital Signs:

| Temp: | Blood Pressure: | Pulse: | Resp: | Height: | Weight: (Lbs) | Peak Flow: | Pain Scale: | Functional Assessment: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

HEENT _____

Neck: _____

Heart: _____

Lungs: _____

Abdomen: _____

Extremities: _____

GU/rectal: _____

Other: _____

| Inmate Name: Hill Phillip | Number: 240560 | Institution: Holman | Date: |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CMS # 7301-NCCHC-Chronic Disease Clinic Initial Baseline Medical Data, reviewed 03/08

Page 2 of 4

COR014

# Chronic Disease Clinic Initial Baseline Medical Data Cont.

## Labs:

| Hgb A1C: | Hct: | ALT: | T. Chol: | Triglycerides: |
|----------|------|------|----------|----------------|
| CD4 Cell: | Hgb: | BUN: | LDL: | INR: |
| HIV RNA VL: | AST: | Creatinine: | HDL: | Other: |

## Assessment: Diagnoses

| | Degree of Control | | | |
|---|---|---|---|---|
| | G | F | P | N/A |
| **1.** | ☐ | ☐ | ☐ | ☐ |
| **2.** | ☐ | ☐ | ☐ | ☐ |
| **3.** | ☐ | ☐ | ☐ | ☐ |
| **4.** | ☐ | ☐ | ☐ | ☐ |
| **5.** | ☐ | ☐ | ☐ | ☐ |

## Education Provided: (describe below)

Disease process/abnormal labs: _____

_____

_____

Medication mgmt (purposes, side effects): _____

_____

Nutrition: _____

_____

Smoking/tobacco use: _____

_____

Exercise _____

_____

Alcohol/substance abuse: _____

_____

Other: _____

_____

| Inmate Name: Fred Phillips | Number: 240562 | Institution: Holman | Date: |
|---|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.                Page 3 of 4
CMS # 7301-NCCHC-Chronic Disease Clinic Initial Baseline Medical Data, reviewed 03/08

COR015

**Plan:**

Medication changes: _____

_____

_____

**Diagnostics:**

- ☐ EKG
- ☐ Chest x-ray
- ☐ Lipid studies
- ☐ Chemistry
- ☐ HgbA1C
- ☐ Urine micro albumin

- ☐ CBC
- ☐ Medication levels
- ☐ HIV antibody
- ☐ CD4 count
- ☐ Viral load
- ☐ HCV

- ☐ Hepatitis panel A/B/C
- ☐ Toxoplasmosis AB
- ☐ RPR
- ☐ Pap smear
- ☐ Platelet
- ☐ UA

- ☐ Liver enzymes
- ☐ LFT
- ☐ Sputum AFB smear
- ☐ Sputum AFB culture

**Immunizations:**

☐ Influenza vaccine          ☐ Pneumococcal vaccine

Other tests: _____

_____

_____

**Monitoring:**

BP:____times per day/week/month      Glucose: _____times per/day/week/month      Peak flow:_____

Other: _____

**Referral:**

Specialist (indicate specialty and priority level) _____

_____

_____

Other chronic care program? (specify):_____

**Number of days to next visit:** ☐ 30  ☐ 60  ☐ 90  ☐ Other: _____

**Additional Information:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Clinician Signature/Credential _____     Date _____

| Inmate Name: Hall Phillip | Number: 340563 | Institution: Holma | Date: |

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CMS # 7301-NCCHC-Chronic Disease Clinic Initial Baseline Medical Data, reviewed 03/08

Page 4 of 4

COR016

# CHRONIC CARE CLINIC
## REFERRAL FORM

REFERRAL DATE: _7-26-16_

REFERRAL DEPT: _____

NAME OF PATIENT: _Hill, Phillip_

AIS# _240562_    DOB: ▓▓▓▓▓▓    RACE: _W_

CLINIC: _Hepcc_

MEDICATIONS: _____

COMMENTS: _____

DATE SEEN IN CLINIC: _appt scheduled 8/11/16  y Cweak LPN_