# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **PHILLIP HILL, AIS #240562,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **1:17-cv-305-KD-N** |
| **JEFFERSON DUNN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## TERRY EDWARDS' ANSWER

**COMES NOW** Defendant, Terry Edwards, by and through undersigned counsel, and responds to the Plaintiff's complaint as follows:

1. Defendant denies each and every material allegation and demand strict proof thereof.

2. Holman Correctional Facility ("Holman") maintains a penological interest in conducting searches of inmate dormitories to prevent assaults among inmates, ensure staff and officer safety, and to prevent the use and trade of contraband.

3. Holman maintains a penological interest in subduing inmates who are unresponsive or defiant to orders while a Correctional Emergency Response Team ("CERT") searches their living quarters for contraband.

4. Defendant denies violating Plaintiff's constitutional rights and demand strict proof thereof.

5. Plaintiff's complaint fails to state any claim upon which relief can be granted.

6. Plaintiff has failed to allege facts sufficient to support a failure to protect claim.

7. Plaintiff has failed to allege facts sufficient to support a deliberate indifference claim.

8. Plaintiff has failed to allege facts sufficient to support an excessive force claim.

9. Plaintiff has failed to allege facts sufficient to support a failure to provide medical treatment claim.

10. Plaintiff has failed to allege facts sufficient to support an assault and battery claim under state law.

11. Plaintiff has failed to sufficiently plead any issues with particularity.

12. This Court lacks jurisdiction as Defendant is immune from suit.

13. The Defendant is immune in his official capacity by virtue of sovereign immunity.

14. The Defendant asserts absolute immunity under the Sovereign Immunity provision of the Alabama Constitution to the Plaintiff's state law claims for relief.

15. The Defendant is immune from liability in regard to any alleged state law claims based on state-agent immunity and/or discretionary function immunity.

16. The Defendant asserts that he is absolutely immune from suit under the Eleventh Amendment to the Constitution.

17. Any individual capacity claims are barred by virtue of qualified immunity.

18. Defendant denies that the Plaintiff/inmate is entitled to damages or any other relief requested.

19. The Defendant is not liable for the claims asserted in the Plaintiff's complaint.

20. The Plaintiff has failed to mitigate his damages.

21. Plaintiff is generally not entitled to be awarded punitive damages relating to any claims against the Defendant.

22. Any award of punitive damages in this case against the Defendant would violate their constitutional rights under the United States and Alabama Constitution.

23. Plaintiff is not entitled to punitive damages because Defendant did not engage in any conduct with malice or reckless indifference to the Plaintiff's alleged federally protected rights.

24. Defendant asserts that the Plaintiff's claims for compensatory and punitive damages are limited by the statutory caps set forth in 42 U.S.C. § 1981(a).

25. Defendant reserves the right to assert additional defenses as discovery progresses.

Respectfully submitted,

STEVEN MARSHALL
ATTORNEY GENERAL

By:

/s/ *Bettie J. Carmack*
Bettie J. Carmack
ASSISTANT ATTORNEY GENERAL
Attorney for Defendant Terry Edwards
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Phone: 334-353-5305
bcarmack@ago.state.al.us

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 29th of August 2019, electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I further certify that I have mailed a copy of the foregoing to the following non-CM/ECF participants:

**Phillip Hill, AIS #240562**
**Limestone Correctional Facility**
**28779 Nick Davis Rd**
**Harvest, AL 35749**

/s/ *Bettie J. Carmack*
Bettie J. Carmack
ASSISTANT ATTORNEY GENERAL