IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP DEWAYNE HILL,**<br>    **Plaintiff,** | )<br>)<br>) |
| **v.** | )<br>)    CIVIL ACTION 1:17-00305-KD-N |
| **JEFFERSON DUNN,** *et al.*,<br>    **Defendants.** | )<br>) |

**ORDER**

This matter is before the Court on a review of the record.

Specifically, the scheduling Order issued on December 17, 2019 (Doc. 106) was issued by mistake. As such, it is **ORDERED** that the Order (Doc. 106) is hereby **RESCINDED** and the Final Pretrial Conference, Jury Selection, and Jury Trial settings are **CANCELLED.**

It is further **ORDERED** that Plaintiff shall notify the Court, on or before **January 16, 2020,** as to whether he intends to proceed with litigation of this case. Plaintiff is **CAUTIONED** that his failure to do so, by that date, will be treated as an abandonment of the prosecution of this action which will result in this case being dismissed without prejudice.[1]

The **CLERK** is **DIRECTED** to provide a copy of this Order to the U.S. Marshal and the Alabama Department of Corrections.

**DONE** and **ORDERED** this the **19th** day of **December 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

1 If this action is dismissed without prejudice, such a dismissal would be effectively a dismissal with prejudice. That is, because if this action were re-filed, the action would be barred by the two-year statute of limitations, as the incident occurred November 9, 2016, more than two years ago. Lufkin v. McCallum, 956 F.2d 1104 at 1105, 1108, and n.2 (11th Cir. 1992).